IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Foulks, Tara N

Printed: 01/29/09

Case Number: 05 B 38071
Judge: Goldgar, A. Benjamin
Filed: 9/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  December 1, 2008
Confirmed: January 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,422.00 |  |
| Secured: |  | 9,832.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,494.00 |
| Trustee Fee: |  | 711.94 |
| Other Funds: |  | 383.62 |
| Totals: | 12,422.00 | 12,422.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Resources, P C | Administrative | 1,494.00 | 1,494.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 4,963.44 | 4,963.44 |
| 6. | Chase Home Finance | Secured | 1,130.00 | 1,130.00 |
| 7. | JP Morgan Chase Bank | Secured | 3,739.00 | 3,739.00 |
| 8. | Capital One | Unsecured | 96.81 | 0.00 |
| 9. | Illinois Student Assistance Commission | Unsecured | 6,779.60 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 6.00 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 52.36 | 0.00 |
| 12. | United Student Aid Funds Inc | Unsecured | 508.28 | 0.00 |
| 13. | Capital One | Unsecured | 30.51 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 346.79 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 131.07 | 0.00 |
| 16. | United Student Aid Funds Inc | Unsecured | 425.00 | 0.00 |
| 17. | Midwest Title | Unsecured | 120.00 | 0.00 |
| 18. | TCM Bank | Unsecured | 346.54 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 175.68 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 902.47 | 0.00 |
| 21. | Capital One | Unsecured | 48.91 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 86.62 | 0.00 |
| 23. | CB USA | Unsecured |  | No Claim Filed |
| 24. | CB USA Sears | Unsecured |  | No Claim Filed |
| 25. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 26. | Merchants Credit Guide | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Foulks, Tara N

Printed: 01/29/09

Case Number:  05 B 38071
Judge: Goldgar, A. Benjamin
Filed:  9/16/05

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | GEMB | Unsecured | | No Claim Filed |
| 28. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 29. | Orchard Bank | Unsecured | | No Claim Filed |
| 30. | Sam Club | Unsecured | | No Claim Filed |
| 31. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 32. | Wal Mart Stores | Unsecured | | No Claim Filed |
| | | | $ 21,383.08 | $ 11,326.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 79.03 |
| 5% | 9.24 |
| 4.8% | 78.74 |
| 5.4% | 138.25 |
| 6.5% | 234.00 |
| 6.6% | 172.68 |
| | $ 711.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

